COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

 

                                        NO.
2-05-441-CV

 

ANTARES
CONSTRUCTION, INC.                                           APPELLANT

D/B/A ANTARES
CONSTRUCTION

 

                                                   V.

 

TRANSCONTINENTAL
INSURANCE                                            APPELLEE

COMPANY, A NEW YORK
CORPORATION

TRADING UNDER THE STYLE
NAME OF CNA

COMMERCIAL INSURANCE CO.

                                               ----------

         FROM
COUNTY COURT AT LAW NO. 3 OF TARRANT COUNTY

                                               ----------

                  MEMORANDUM
OPINION[1]
AND JUDGMENT

                                               ----------

We have considered appellant=s AMotion
For Voluntary Dismissal.@ 
It is the court=s opinion that the motion should
be granted; therefore, we dismiss the appeal. 
See TEX. R. APP. P.
42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellant,
for which let execution issue.

PER CURIAM

PANEL D:   MCCOY, J.; CAYCE, C.J.; and LIVINGSTON, J.








DELIVERED: January 5,
2006











[1]See Tex. R. App. P. 47.4.